IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No10-cv-01905-RPM-KMT

JERRY AVERILL and
GEORGE PARKER,

      Plaintiffs,

v.

SAMMONS TRANSPORTATION, INC.,
d/b/a Sammons Trucking, and
JOHN FREEMAN,

      Defendants.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss with Prejudice [21] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

Dated:   March 10th, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge